**Deny and Opinion Filed January 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01650-CV

### IN RE LAURA ANDERSON, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-55058-2011**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Before the Court is the Petition for Writ of Mandamus filed by relator, Laura Anderson.

Relator contends the trial court abused its discretion in ordering a temporary reduction of real

party's child support obligation. The facts and issues are well known to the parties, so we need

not recount them herein. Based on the record before us, we conclude relator has not shown she

is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d

833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of

mandamus.

131650F.P05

/Lana Myers/
LANA MYERS
JUSTICE